929 A.2d 631

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Steven PEEPLES, Petitioner.**

Supreme Court of Pennsylvania.

July 12, 2007.

## *ORDER*

PER CURIAM.

AND NOW, this 12th day of July, 2007, the Petition for Allowance of Appeal is hereby GRANTED, the order of the Superior Court is VACATED, and the matter is REMANDED for re-sentencing. *See Commonwealth v. Dickson,* 591 Pa. 364, 918 A.2d 95 (2007).